08 CV 00921

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AUGUSTEA ATLANTICA SRL                  :

              Plaintiff,            :   ECF CASE

   - against -                                  :

STX PANOCEAN CO., LTD.                  :

             Defendant.         :
------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: January 28, 2008
       New York, NY

                      The Plaintiff,
                      AUGUSTEA ATLANTICA SRL

                      By: _____
                      Claurisse Campanale-Orozco (CC 3581)
                      Thomas L. Tisdale (TT 5263)
                      TISDALE LAW OFFICES, LLC
                      11 West 42nd Street, Suite 900
                      New York, NY 10036
                      (212) 354-0025 – phone
                      (212) 869-0067 – fax
                      corozco@tisdale-law.com
                      ttisdale@tisdale-law.com